IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BSD-360, LLC<br>d/b/a THE GODDARD SCHOOL,<br>*Plaintiff*<br>v.<br><br>PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY, *et al.*,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>No. 20-4719 |

ORDER

AND NOW, this 13th day of January, 2022, upon consideration of Defendant Philadelphia Indemnity Insurance Company's ("PIIC") Motion to Dismiss (Doc. No. 17), Plaintiff BSD-360, LLC d/b/a The Goddard School's ("Goddard") Response in Opposition (Doc. No. 22) and Amended Response (Doc. No. 23), PIIC's Reply (Doc. No. 34), Goddard's Sur-Reply (Doc. No. 35), and Goddard's Supplemental Briefing (Doc. No. 46), it is **ORDERED** that Defendant PIIC's Motion to Dismiss (Doc. No. 17) is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

And upon consideration of Defendant Specht Insurance Group, LTD's ("Specht") Motion to Dismiss (Doc. No. 40), Goddard's Response in Opposition (Doc. No. 42), Specht's Reply (Doc. No. 47), and Specht's Supplemental Briefing (Doc. No. 49), it is **ORDERED** that Defendant Specht's Motion to Dismiss (Doc. No. 40) is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE